# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMES H. BOURGEOIS

NO. 2026 KW 0564

**JULY 27, 2026**

---

In Re:     James H. Bourgeois, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 569593.

---

**BEFORE:  PENZATO, GREENE, AND FIELDS, JJ.**

**WRIT DENIED.** Relator was not "in custody" at the time he filed his June 2, 2023 application for postconviction relief or his August 12, 2025 application for postconviction relief. Thus, relator lacked standing to seek postconviction relief in the first instance. See La. Code Crim. P. arts. 924(1) & (2); see also **State v. Hayes,** 2020-73 (La. App. 3d Cir. 8/4/21), 326 So.3d 934, 937.

**AHP**
**WEF**

**Greene, J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT